# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 27, 2015

        No. 15-90024, etc.  Eagle US 2, L.L.C.
                            USDC No. 2:15-CV-671, etc.


TO: ALL COUNSEL AND PARTIES LISTED BELOW:

The court has consolidated the petitions for permission to
appeal.  The lead consolidated case is 15-90024.  All future
filings should be filed in the lead case and not separately
filed in each case individually as was previously done.  Also,
please use the amended caption on all future filings regarding
these petitions.

| 15-90024 |
|---|
| Includes cases 15-90025, 15-90026, 15-90027, 15-90028, 15-90029, 15-90030, 15-90031, 15-90032, 15-90033, 15-90034, 15-90035, 15-90036, 15-90037, 15-90039, 15-90040, 15-90041, 15-90042, 15-90043, 15-90044, 15-90045, 15-90046, 15-90047, 15-90048, 15-90049, 15-90050, 15-90051, 15-90052, 15-90053, 15-90054, 15-90055, 15-90056, 15-90057, 15-90058, 15-90059, 15-90060, 15-90061, 15-90062, 15-90063, 15-90064, 15-90065, 15-90066, 15-90067, 15-90069, 15-90070, 15-90071, 15-90072, 15-90073, 15-90074, 15-90075, 15-90076, 15-90077, 15-90078, 15-90079, 15-90080, 15-90081, 15-90082, 15-90083, 15-90084, 15-90085, 15-90086, 15-90087, 15-90088, 15-90089. 15-90090, 15-90091, 15-90092, 15-90093, 15-90094, 15-90095, 15-90096, 15-90097, 15-90098, 15-90099, 15-90100, 15-90101, 15-90102 |
| In Re:  EAGLE US 2, L.L.C., |
| Petitioner |

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

cc:
 Mr. David Mark Bienvenu Jr.
 Ms. Tam Catherine Bourgeois
 Mr. Roger Glenn Burgess
 Mr. Zachary William Byer
 Mr. Jeffrey Bossert Clark Sr.
 Mr. Michele Whitesell Crosby
 Mr. Phillip Edward Foco
 Mr. Benjamin J. Guilbeau Jr.
 Ms. Marcelynn Hartman
 Mrs. Lexi T. Holinga
 Mr. Douglas J. Kurtenbach
 Mr. Anthony Joseph Lascaro
 Mr. Luis A. Leitzelar
 Mr. Ford Charles Marionneaux
 Mr. Tony R. Moore
 Mr. Michael Ryan Rhea
 Mr. Perry R. Sanders Jr.
 Mr. Michael Henry Schwartzberg
 Mr. Douglas G. Smith
 Mr. Glen D. Vamvoras
 Mr. John Allain Viator
 Mr. Wells Talbot Watson